IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CENTENNIAL BANK,

    Plaintiff,

v.                        CASE NO. 4:14cv95-RH/CAS

ULOFTS LUBBOCK, LLC
f/k/a UNIVERSITY LOFTS LUBBOCK, LLC;
STEVEN M. LEONI;
DEAN MINARDI;
JAMES RUDNICK; and
PETER ROSEN,

    Defendants.

_____/

## ORDER GRANTING SUMMARY JUDGMENT

This is an action on a promissory note and attendant guaranties. The plaintiff Centennial Bank has moved for summary judgment. With commendable candor, the defendants have responded that they have no good-faith basis for contesting the facts on which the Bank relies in support of its summary-judgment motion.

The evidence filed in support of the motion is undisputed and establishes that the Bank is entitled to summary judgment. The proper amount of the

judgment, not including costs and attorney's fees, is $1,474,346.65.  This consists of amounts due on two notes.  On note xx1870, the amount due is $1,441,667.32, consisting of $1,403,715.17 as principal; $22,634.46 as interest through May 2, 2014; $14,972.16 as additional interest through August 6, 2014 (calculated as $155.96 per day for 96 days); and $345.53 as late fees.  On note xx1871, the amount due is $32,679.33, consisting of $31,706.60 as principal; $468.55 as interest through May 2, 2014; $337.92 as additional interest through August 6, 2014 (calculated as $3.52 per day for 96 days); and $166.26 as late fees.  The combined amount due on both notes is $1,474,346.65.

In addition, the Bank incurred taxable costs of $610.00 and seeks to recover attorney's fees—as authorized by the notes—in the amount of $6,722.42.  The fee request is supported by undisputed affidavits.  I find that the Bank reasonably incurred fees in this amount.  I find that the claimed hours were reasonably devoted to the case; that the claimed rates are reasonable; that the overall fee is reasonable; and that the hours, rates, and overall fee are well within the range that customarily would be charged by an attorney in this district for services of this kind.

For these reasons,

IT IS ORDERED:

1.	Centennial Bank's summary-judgment motion, ECF No. 18, is GRANTED.

2.     The clerk must enter judgment stating, "It is ordered that the plaintiff Centennial Bank recover from the defendants Ulofts Lubbock, LLC, Steven M. Leoni, Dean Minardi, James Rudnick, and Peter Rosen, jointly and severally, the amount of $1,474,346.65, plus taxable costs of $610.00, plus attorney's fees of $6,722.42, for a combined total of One Million, Four Hundred Eighty-One Thousand, Six Hundred Seventy-Nine and 7/100 Dollars ($1,481,679.07)."

3.     The clerk must close the file.

SO ORDERED on August 6, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge