UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CENTENNIAL BANK,

    VS                                                CASE NO.  4:14-cv-00095-RH-CAS

ULOFTS LUBBOCK LLC, et al.,

**JUDGMENT**

It is ordered that the plaintiff Centennial Bank recover from the defendants Ulofts Lubbock, LLC, Steven M. Leoni, Dean Minardi, James Rudnick, and Peter Rosen, jointly and severally, the amount of $1,474,346.65, plus taxable costs of $610.00, plus attorney's fees of $6,722.42, for a combined total of One Million, Four Hundred Eighty-One Thousand, Six Hundred Seventy-Nine and 7/100 Dollars ($1,481,679.07).

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

 August 6, 2014                           s/ Tiffinie Larkins
DATE                                             Deputy Clerk: Tiffinie Larkins