**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CENTENNIAL BANK,

Plaintiff,

vs. Case No. 4:14-CV-00095-RH-CAS

ULOFTS LUBBOCK, LLC, STEVEN M. LEONI, PETER ROSEN, JAMES RUDNICK, And DEAN MINARDI,

Defendants.
_____________________________________/

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS THAT:

Plaintiff, Centennial Bank (the "Bank"), the owner and holder of that certain "Judgment" (the "Judgment"), entered on August 6, 2014, in the above-styled action, in the amount of $1,481,679.07, and recorded in the Official Records of Leon County, Florida, Book Number 4711, beginning at Page 1253, does hereby acknowledge, through its undersigned counsel, that all sums due under the Judgment have been fully paid and that the Judgment is hereby satisfied and is canceled and satisfied of record.

**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**STEPHANIE B. ANTHONY, ESQUIRE**
Florida Bar Number: 0127299
santhony@anthonyandpartners.com
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone: (813) 273-5066
Telecopier: (813) 221-4113
Attorneys for Centennial Bank

STATE OF FLORIDA )

COUNTY OF HILLSBOROUGH )

Before me, the undersigned officer, duly authorized to administer oaths and take acknowledgments, personally appeared John A. Anthony, Esquire, well known to me to be the attorney of record for the Plaintiff in the above captioned case, and who acknowledged before me the execution of the foregoing Satisfaction of Judgment to be her free and voluntary act and deed for the uses and purposes and in the capacity therein stated and expressed.

WITNESS my hand and seal this 10th day of April, 2017.

Rochelle Brown
NOTARY PUBLIC - STATE OF FLORIDA
Print Name Rochelle Brown
My Commission Expires:

ROCHELLE BROWN
MY COMMISSION # FF 229738
EXPIRES: May 11, 2019
Bonded Thru Notary Public Underwriters

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic means and/or U.S. Mail on this 10th day of April, 2017, to the following:

James M. Rudnick
226 N. Duval Street
Tallahassee, Florida 32301

John Joseph Joyce, III, Esq.
Robinson Kennon & Kendron PA
582 W. Duval Street
Lake City, Florida 32055
jjj@rkkattorneys.com

Megan Fortson Fry, Esq.
Clark Partington Hart
125 W. Romana Street, Suite 800
Pensacola, Florida 32502
mfry@clarkpartington.com

______________________________
**ATTORNEY**